**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BINH THAI VO,                 ) NO. SACV 10-50-PA (MAN)
                               )
          Petitioner,     )
                               )
    v.                 ) JUDGMENT
                               )
P.L. VASQUEZ, WARDEN,       )
                               )
          Respondent.     )
_____)

     Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: <u>January 19, 2010</u>

                                         _____
                                           PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE